UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| GREGORY ROY LEWIS | CIVIL ACTION NO. 16-842-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objection thereto, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the petition for writ of habeas corpus filed under 28 U.S.C. § 2241 is hereby **DENIED** and **DISMISSED** without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 25th day of _____, 2017.

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE